IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CORNELIA VANESSA MOULD,

    Plaintiff,

v.                                                    CASE NO. 1:05-cv-00097 MP-AK

DCI BIOLOGICALS, LLC, a/k/a
DCI BIOLOGICALS ORLANDO, LLC,
f/k/a ALPHA THERAPEUTIC, INC.,
a foreign limited liability corporation,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 47, Stipulation of Dismissal with Prejudice. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, parties may dismiss an action without order of court by filing a stipulation of dismissal signed by all parties. Here, this was done. Further, the parties have expressly stipulated that dismissal is with prejudice and that each party will bear their own costs, expenses, and attorney's fees. Therefore, the Clerk is directed to close this case.

**DONE AND ORDERED** this *28th* day of November, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge